Rev. 5/20

# United States District Court
## Middle District of Florida
## Fort Myers Division

JASON DANIEL AYCOX
*(In the space above enter the full legal name of the plaintiff)*

-against-

STATE OF FLORIDA
BRYCE BECKER
BRUCE KYLE

Case No. 2:23cv782-SPC-NPM
(To be filled out by Clerk's Office only)

## COMPLAINT
*(Pro Se Confined Litigant)*

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement; claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

AYCOX, JASON DANIEL
Name (Last, First, MI)                                    Aliases

256920
Identification #

LEE County Jail
Place of Detention

2115 MLK Blvd
Institutional Address

LEE, Fort Myers      Fl           33901
County, City         State        Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __KYLE, BRUCE__
Name (Last, First)

__Circuit Judge of 20th Judical Circuit Court__
Current Job Title

__1700 MONROE STREET__
Current Work Address

__LEE, FORT MYERS__   __Fl__   __33901__
County, City   State   Zip Code


Defendant 2: __BECKER, BRYCE__
Name (Last, First)

__ASSISTANT STATE ATTORNEY__
Current Job Title

__2000 MAIN STREET__
Current Work Address

__LEE, FORT myers__   __Fl__   __33901__
County, City   State   Zip Code

Page 3 of 10

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: _____
             Name (Last, First)

             _____
             Current Job Title

             _____
             Current Work Address

             _____  _____  _____
             County, City   State    Zip Code


Defendant 4: _____
             Name (Last, First)

             _____
             Current Job Title

             _____
             Current Work Address

             _____  _____  _____
             County, City   State    Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 1700 Monroe Street, 20th Judicial Court

Date(s) of occurrence: June 13th 2023 - June 19th 2023

State which of your federal constitutional or federal statutory rights have been violated:

U.S.C.A Amendment 5th and 14th Due Process, Also 1st Amend. Fla. Const. Amendments 2nd, §9, §18 and §21

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

**What happened to you?**

On June 13th 2023 the Assistant State Attorney Bruce Becker and Honorable Judge Bruce Kyle, issued a Court Order, without notice or holding any hearings, Revoking "All Communication" and Mail Priviledges of mine at Lee County Jail, having me maliciously placed on Administrative Confinement, Segregated from Inmate population and denying me any communication with multiple Judges, Lawyers and Courts, where I'am a Pretrial Detainee Awaiting Trial. I suffered great Emotional Distress Damages, Mental Anguish, PTSD, as well as had several legal cases delayed and was denied all communication to several other Judges over over other cases as well as lawyers.

*"STATEMENT OF CLAIM V. ORDER ISSUED VIOLATING "DUE PROCESS"*

#11

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CRIMINAL DIVISION

STATE OF FLORIDA
   Plaintiff(s),

vs.

Case No.: 23-CF-014435;

22-CF-14701; 22-CF-~~14435~~ 14749

JASON DANIEL AYCOX
   Defendant(s).

_____/

## ORDER STRIKING DEFENDANT'S PRO SE MOTIONS

**THIS CAUSE** comes before the court on the defendant's numerous pro se motions that have been repeatedly filed and stricken, whereas on June 12 duplicative motions to sever, participate in discovery, motions for acquittal, etc. were filed. Likewise, an additional pro se motion to suppress has been filed June 13.

All are stricken as a nullity due to the defendant currently being represented by counsel. Due to the nature of the motions to withdraw, a Nelson hearing will be conducted at the next court date. Likewise, since the defendant knows he can not file these motions currently, and yet chooses to waste the courts time in this repetitious behavior, **all the defendant's mail and communication privileges at the Lee County jail are revoked until addressed at the Nelson hearing.**

**DONE AND ORDERED**, in Fort Myers, Lee County, Florida on this 13th day of June, 2023.

_eSigned by Bruce Kyle 06/13/2023 13:03:45 v1qEH1oX_
Bruce Kyle

Electronic Service via State eFile Portal:
Michael J P Baker Esq <BakerAssociatesLaw@aol.com>,
<bakercriminallaw@aol.com>
State Attorney 20th Circuit <eService@sao20.org>
Lee County Sheriff's Office <CorrectionsRecordsManagementUnit@SheriffLeeFl.org>

And by U.S. Mail: Jason Aycox, #256920, Lee County Jail, 2115 Martin Luther King Blvd. Jr., Fort Myers, FL 33901

By: Ashley L.
Judicial Assistant


Rev. 5/20

**Who did what?**

THE ASSISTANT STATE ATTORNEY BRUCE BECKER, AND Judge BRUCE KYLE agreed on this ORDER, By Engaging in Improper EX-parte Communication without me being PRESENT, without allowing me A proper hEARing, AND without ANY notice or chance to argue the Alleged Reason for said ORDER. This ORDER violated Constitutional laws. The Lee County Sheriff STAFF AT Lee County Jail Enforced the ORDER.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

**Was anyone else involved?** Judge Bruce Kyle's Judical Assistant Ashley L., The Lee County Clerk of Courts and Lieutenant Pavese at Lee County Jail

Rev. 5/20

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I'm REQUESTing This Court to ORdER The STATE of florida TO Dismiss/SEVER Charges on CASE #23-CF-014435 BASEd on The STATE'S Violation of "DUE PROCESS" And immedietly REINSTATE my PROBATION on CASE #22-CF-014749 And #22-CF-014701 AS The judicial REMEdy for violating "DUE Process"

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:

Have you to date brought any other lawsuits in state or federal court while a confined? ☒ Yes ☐ No

If yes, how many? \_\_\_1\_\_\_

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Dismissed without prejudice

IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

September 23, 2023
Dated

[Plaintiff's Signature]

AYCOX, JASON DANIEL
Printed Name (Last, First, MI)

256920
Identification #

LEE County Jail        Fort myers        Fl        33901
Institutional Name        City                State        Zip Code