UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON DANIEL AYCOX,

    Plaintiff,

v.                                             Case No.:   2:23-cv-782-SPC-NPM

STATE OF FLORIDA, BRYCE
BECKER and BRUCE KYLE,

    Defendants.
_____/

## ORDER

Plaintiff Jason Daniel Aycox, an inmate in Lee County Jail, filed a *pro se* complaint on September 26, 2023 (Doc. 1). In its Standing Order, the Court ordered Aycox to pay the filing fee or move to proceed *in forma pauperis* no later than October 26, 2023. (Doc. 3). Aycox did not comply.

Before dismissing a prisoner's complaint for failure to pay a filing fee or request leave to proceed without one, a court must make a reasonable inquiry into the reason for the failure. *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002). A prisoner's case should not be dismissed if his failure to pay the filing fee is caused by circumstances beyond his control. *Id*. at 1321.

On November 8, 2023, the Court ordered Aycox to show cause why this case should not be dismissed for failure to prosecute and failure to comply with

2

the Court's Standing Order (Doc. 4). Aycox did not respond. The Court will therefore dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 4, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:  FTMP-1
Copies:   All Parties of Record